# EXHIBIT C

Document Type: MORTGAGE
Batch Number: 685647
Document ID: 40294523
User ID: SCANNER6
Filed Date/Time: 09-APR-2009 04:30 PM

NATIONAL VESSEL DOCUMENTATION CENTER
U.S. COAST GUARD
I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE RECORDS OF THIS OFFICE
DOCUMENTATION OFFICER    DATE

## ASSIGNMENT OF FIRST PREFERRED FLEET MORTGAGE

This ASSIGNMENT OF FIRST PREFERRED FLEET MORTGAGE, dated as of April 7, 2009 (the "Assignment") is by NATIONAL CITY BANK, successor by merger with National City Bank of the Midwest, a national banking association, with an address at 2021 Spring Road, Suite 600, Oak Brook, Illinois 60523, the assignor (the "Assignor"), in favor of CENTURY SERVICES LP, an Alberta, Canada, limited partnership, with an address at Century Services, Inc., Suite 200, 105 10th Avenue S.E., Calgary, Alberta T2G 0V8 Canada, as assignee (the "Assignee"). Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Fleet Mortgage (as hereinafter defined).

A. Hannah Maritime Corporation, formerly known as Hannah Marine Corporation ("HMC"), as borrower, and Assignor, as lender, are parties to a Loan Agreement dated as of May 5, 2006 (the "Original HMC Loan Agreement") whereby Assignor agreed to provide Loans to HMC. The Original HMC Loan Agreement was amended by the First Amendment to Loan Agreement dated as of July 28, 2006, the Second Amendment to Loan Agreement dated as of November 3, 2006, the Third Amendment to Loan Agreement dated as of May 21, 2007, the Third [sic] Amendment to Loan Agreement dated as of August 31, 2007, the Fourth Amendment to Loan Agreement dated as of April 2, 2008, and modified by a September 22, 2008 agreement between Assignor and HMC (such Original HMC Loan Agreement as amended and modified is referred to as the "HMC Loan Agreement").

B. Donald C. Hannah ("DCH"), as borrower, and Assignor, as lender are parties to a Loan Agreement dated as of May 5, 2006 (the "Original DCH Loan Agreement") whereby Assignor agreed to provide Loans to DCH. The Original DCH Loan Agreement was amended by the First Amendment to Loan Agreement, dated as of August 31, 2007 and modified by an agreement between DCH and Assignor (such Original DCH Loan Agreement as amended and modified through the date hereof is referred to as the "DCH Loan Agreement").

C. In order to induce Assignor to enter into the HMC Loan Agreement and the DCH Loan Agreement, Hannah Brothers, an Illinois general partnership ("Shipowner") provided Assignor with (1) a Guarantee, guaranteeing all of HMC's obligations under the HMC Loan Agreement (as amended, restated or reaffirmed, the "HMC Guarantee"), and (2) a Guarantee, guaranteeing all of DCH's obligations under the DCH Loan Agreement (as amended, restated or reaffirmed, the "DCH Guarantee" and collectively with the HMC Guarantee, herein referred to as the "Guarantees").

D. The Shipowner is the sole owner of the whole of each of the United States documented vessels listed on Schedule 1 attached hereto (collectively referred to as the "Vessels") and as more particularly described in the Fleet Mortgage.

4901047.3
NEWYORK/#211891.3

E. As collateral security for the Guarantees, the Shipowner granted to the Assignor a security interest in the Vessels and in order to perfect the grant of the security interest in the Vessels, the Shipowner granted to the Assignor a First Preferred Fleet Mortgage covering the whole of the Vessels. The First Preferred Fleet Mortgage was filed with the U.S. Coast Guard National Vessel Documentation Center ("NVDC") on May 9, 2006, at 10:41 a.m. and recorded in Batch Number 487274, Document ID 5386871 (the "Original Mortgage"). The Original Mortgage was amended by Amendment No. 1 to First Preferred Fleet Mortgage, filed with the NVDC on August 7, 2006, at 10:35 a.m. and recorded in Batch Number 520439, Document ID 5858892; Amendment No. 2 to First Preferred Fleet Mortgage, filed with the NVDC on November 9, 2006 at 9:46 a.m. and recorded in Batch Number 551860, Document ID 6300875; Amendment No. 3 to First Preferred Fleet Mortgage, filed with the NVDC on September 4, 2007 at 4:22 p.m. and recorded in Batch Number 603453, Document ID 7706289 and Amendment No. 4 to First Preferred Fleet Mortgage, filed with the NVDC on April 7, 2008 at 3:19 p.m. and recorded in Batch Number 632449, Document ID 8677220 (such Original Mortgage as so amended and supplemented referred to as the "Fleet Mortgage").

E. The Assignor desires to assign to the Assignee, among other things, all of its estates, properties, rights, powers, duties and trusts under the Fleet Mortgage, including its right, title and interest in and to the Fleet Mortgage, and in furtherance thereof, the Assignor has agreed to execute and deliver to the Assignee this Assignment.

NOW THEREFORE, FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, the Assignor hereby transfers, assigns, sets over and delivers unto the Assignee, its successors and assigns, and the Assignee hereby accepts, 100% of its right, title and interest in the Fleet Mortgage including, without limitation, all moneys and claims for moneys due and to become due from the Shipowner under and pursuant to the Fleet Mortgage, all of the Assignor's right, title and interest, powers, remedies and privileges under the Fleet Mortgage, and all claims for damages arising out of any breach of the terms of the Fleet Mortgage;

TO HAVE AND TO HOLD the same unto the Assignee and its respective successors and assigns, to the sole and only proper use of the Assignee, its respective successors and assigns.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has caused this Assignment of First Preferred Fleet Mortgage to be duly executed as of the date first written above.

NATIONAL CITY BANK, as Assignor

By: *William V. Clifford*
Name: WILLIAM V CLIFFORD
Title: VICE PRESIDENT

STATE OF ILLINOIS     )
                      ) ss:
COUNTY OF COOK        )

BEFORE ME, the undersigned notary public, on this day personally appeared William Clifford, known to me to be the person who executed the foregoing instrument; who, being by me duly sworn, did depose and say that he is a duly authorized Vice President of National City Bank, the national banking association described in and which executed the foregoing Assignment of First Preferred Fleet Mortgage; that he signed his name thereto by the order of the Board of Directors of said banking association and that said Assignment is the act and deed of said banking association.

Given under my hand and seal of office this 6th day of April, 2009.

_____
NOTARY PUBLIC

My Commission expires: 6-8-10

OFFICIAL SEAL
DEBRA J HOFFENKAMP
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

## SCHEDULE 1

| Vessel Name | Official Number |
|---|---|
| SUSAN W. HANNAH | 582617 |
| MARK HANNAH | 519204 |
| MARY E. HANNAH | 253161 |