IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTURY SERVICES LP,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M/V JAMES A. HANNAH, M/V SUSAN W. HANNAH, M/V DONALD C. HANNAH, M/V MARY E. HANNAH, M/V DARYL C. HANNAH, M/V PEGGY D. HANNAH, M/V HANNAH D. HANNAH, M/V DAVID E., BARGE HMC 502, BARGE HMC 503, BARGE HMC 504, BARGE HMC 510, BARGE HANNAH 2901, BARGE HANNAH 3601, BARGE HANNAH 5101, and their boilers, engines, tackle, machinery, equipment, appurtenances, etc., in rem,<br><br>　　　　　Defendants. | Civil Action No. 1:09-cv-3905<br>Hon. Blanche M. Manning |

### DECLARATION OF WILLIAM O'DELL

WILLIAM O'DELL hereby declares as follows pursuant to 28 U.S.C. §1746:

1.　　I am the Operations Manager for National Maritime Services, Inc., a Florida corporation ("NMS"). NMS has been engaged by Plaintiff Century Services LP to perform substitute custodial services in connection with this vessel arrest action. I have knowledge of all matters stated herein and am authorized to make this Declaration on behalf of NMS and Plaintiff.

2.　　Founded in 1988, NMS is a leading provider of vessel arrest and custodial services in the United States with offices in Florida, Ohio and California. Additional information

on NMS and its services and capabilities can be found on our website, http://www.vesselarrest.com.

3. Plaintiff has brought this action to foreclose certain preferred ship mortgages against the defendant vessels. The defendant vessels consist of eight U.S. flag tugboats and push boats and seven U.S. flag tank barges. As is more particularly indicated in Exhibit A to this Declaration, 11 vessels are currently moored at the USX Steel North Slip in Chicago, and four vessels are currently moored at the Hannah Maritime Dock in Lemont.

4. NMS is familiar with each vessel, at least to the extent of its size, type, construction material and apparent condition. NMS is ready, willing and able to accept custody of the vessels from the U.S. Marshal upon their arrest and believes that the locations where the vessels are moored are presently adequate for the safekeeping of the vessels, and that it can safely keep the vessels in place of the U.S. Marshal, during the pendency of this action or until further order of this Court.

5. NMS will charge Plaintiff a custody fee of $200 per day for all vessels. Plaintiff respectfully requests that this fee be deemed an expense of the arrest of the vessels on a *pro rata* basis.

6. Upon information and belief, the 11 vessels which are moored at the USX Steel North Slip are subject to a month-to-month lease between USX Steel and Hannah Maritime. Dockage charges are approximately $3,750.00 per month. To the extent necessary, NMS and/or Plaintiff will pay such charges when and as due. Plaintiff respectfully requests that all such charges be deemed an expense of the arrest of the vessels moored at the North Slip on a *pro rata* basis.

7. The North Slip and Hannah Dock facilities are secured facilities meaning that perimeter access to both facilities is controlled. To supplement perimeter access, NMS will hire a qualified watchman to further protect access to the vessels in both arrest locations at a cost of $425 per day, plus living expenses of $36 per day, and will provide the watchman with a rental car to facilitate travel between locations. The rental car is expected to cost approximately $50 per day. NMS and/or Plaintiff will pay all charges for such services when and as due. Plaintiff respectfully requests that all such charges be deemed an expense of the arrest of the vessels on a *pro rata* basis.

8. NMS will hire a qualified marine engineer who is familiar with the vessels, at a cost of $350 per day, to attend to the vessels' machinery, equipment, appurtenances and moorings throughout the pendency of this action. The engineer will be a United States citizen licensed by the U.S. Coast Guard. NMS and/or Plaintiff will pay all charges for such services when and as due. Plaintiff respectfully requests that, unless specifically identified to a particular vessel, all such charges be deemed an expense of the arrest of the vessels on a *pro rata* basis.

9. During the arrest, NMS will require approximately 3,000 gallons of fuel per month in order to run the vessels' generators. The cost of fuel is estimated at $3.60 per gallon at current list prices. NMS and/or Plaintiff will pay all fuel charges when and as due. Plaintiff respectfully requests that, unless specifically identified to a particular vessel, all such charges be deemed an expense of the arrest of the vessels on a *pro rata* basis.

10. Plaintiff agrees to arrange publication of any notice of arrest which may be required pursuant to Rule C(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and to relieve the U.S. Marshal of this burden. Plaintiff will pay all such publication charges when and as due and respectfully

requests that all such charges be deemed an expense of the arrest of the vessels on a *pro rata* basis.

11. NMS has adequate liability insurance to respond in damages for loss of or injury to the vessels during the custodial period and has provided proof of insurance to the U.S. Marshal. In addition, since the current insurers of the vessels have announced their intention to cancel existing marine policies on the vessels, NMS has procured port risk insurance for the vessels to protect against common marine perils while the vessels are under arrest. Attached hereto as Exhibit B is a spreadsheet showing insured values and monthly premiums for each vessel. NMS and/or Plaintiff will pay all insurance premiums when and as due. Plaintiff respectfully requests that all such charges be deemed an expense of the arrest of the vessels.

12. NMS agrees to accept substitute custodianship of the defendant vessels, their engines, tackle, apparel, furniture, equipment, etc., in accordance with this Order Appointing Substitute Custodian.

13. NMS acknowledges and agrees that the U.S. Marshal does not assume liability for any acts of NMS as substitute custodian or any costs incurred incidental to this Court appointed custodianship.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2009

_____
WILLIAM O'DELL

Subscribed and sworn before me, this 30 day of June, 2009, a Notary Public in and for Broward County, State of Florida.

_____
(Signature)
NOTARY PUBLIC
My Commission expires 6/4, 2011

LISA K. CASTELAZO
Comm# DD0681677
Expires 6/4/2011
Florida Notary Assn., Inc

-4-

## EXHIBIT A

## VESSEL LOCATIONS

| Location | Vessel |
| --- | --- |
| Hannah Maritime Dock<br>13155 Grant Road<br>Lemont, Illinois 60439 | M/V DARYL C. HANNAH<br>Barge HMC 502<br>Barge HMC 503<br>Barge HMC 504 |
| The North Slip<br>USX Steel<br>E. 86th St. and South Burley<br>Chicago, Illinois 60617 | M/V SUSAN W. HANNAH<br>M/V DAVID E.<br>M/V PEGGY D. HANNAH<br>M/V JAMES A. HANNAH<br>M/V DONALD C. HANNAH<br>M/V MARY E. HANNAH<br>M/V HANNAH D. HANNAH<br>Barge HMC 510<br>Barge HANNAH 2901<br>Barge HANNAH 3601<br>Barge HANNAH 5101 |

**EXHIBIT B**

**Hull & P&I**

| Vessel/Barge | Hull Limits | Location | Monthly Insurance |
|---|---|---|---|
| * M/V David E. | $ 420,000 | Chicago. Il | $ 404.53 |
| * M/V Peggy D. Hannah | $ 30,000 | Chicago. Il | $ 28.90 |
| Barge Hannah 2901* | $ 210,000 | Chicago. Il | $ 202.27 |
| Barge Hannah 3601 | $ 2,400,000 | Chicago. Il | $ 2,311.62 |
| Barge Hannah 5101 | $ 3,600,000 | Chicago. Il | $ 3,467.43 |
| Barge HMC-510* | $ 279,000 | Chicago. Il | $ 268.73 |
| M/V Donald C. Hannah | $ 900,000 | Chicago. Il | $ 866.86 |
| M/V Hannah D. Hannah | $ 390,000 | Chicago. Il | $ 375.64 |
| M/V James A. Hannah | $ 1,800,000 | Chicago. Il | $ 1,733.71 |
| M/V Mary E. Hannah | $ 1,800,000 | Chicago. Il | $ 1,733.71 |
| M/V Susan W. Hannah | $ 2,280,000 | Chicago. Il | $ 2,196.04 |
| Barge HMC-502* | $ 120,000 | Lemont. Il | $ 115.58 |
| Barge HMC-503 * | $ 120,000 | Lemont. Il | $ 115.58 |
| Barge HMC-504* | $ 120,000 | Lemont. Il | $ 115.58 |
| M/V Daryl C. Hannah | $ 300,000 | Lemont. Il | $ 288.95 |