IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTURY SERVICES LP,

        Plaintiff,

v.

M/V JAMES A. HANNAH, M/V SUSAN
W. HANNAH, M/V DONALD C.
HANNAH, M/V MARY E. HANNAH, M/V
DARYL C. HANNAH, M/V PEGGY D.
HANNAH, M/V HANNAH D. HANNAH,
M/V DAVID E., BARGE HMC 502,
BARGE HMC 503, BARGE HMC 504,
BARGE HMC 510, BARGE HANNAH
2901, BARGE HANNAH 3601, BARGE
HANNAH 5101, and their boilers, engines,
tackle, machinery, equipment, appurtenances,
etc., in rem,

        Defendants.

Civil Action No. 1:09-cv-3905
Hon. Blanche M. Manning

## MOTION FOR ORDER DIRECTING THE INTERLOCUTORY SALE OF VESSELS

Plaintiff, Century Services LP, by its attorneys Vedder Price P.C., respectfully moves this Honorable Court for entry of an Order, pursuant to Rule E(9) of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, directing the interlocutory sale of the 15 vessels which are in rem defendants in this action, for the reasons set forth in the Memorandum in Support of Plaintiff's Motion filed herewith.

The Declaration of Tammy Kemp, Exhibit A, hereto, and the Declaration of John E. Bradley, Exhibit B, hereto, are submitted in support of this Motion.

Respectfully submitted,

CENTURY SERVICES LP

By: s/ David E. Bennett
      One of Its Attorneys

Of Counsel:

David E. Bennett
Mark A. Partin
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

John E. Bradley
Francis X. Nolan III
Vedder Price P.C.
1633 Broadway
New York, NY  10019
(212) 407-7700


Dated: August 13, 2009

CHICAGO/#1968550.1