## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CENTURY SERVICES LP,**

**Plaintiff,**

**vs.**

**M/V JAMES A. HANNAH, M/V SUSAN W. HANNAH, M/V DONALD C. HANNAH, M/V MARY E. HANNAH, M/V DARYL C. HANNAH, M/V PEGGY D. HANNAH, M/V HANNAH D. HANNAH, M/V DAVID E., BARGE HMC 502, BARGE HMC 503, BARGE HMC 504, BARGE HMC 510, BARGE HANNAH 2901, BARGE HANNAH 3601, BARGE HANNAH 5101, and their boilers, engines, tackle, machinery, equipment, appurtenances, etc., *in rem*,**

**Defendants.**

**Civil Action No. 1:09-cv-3905**

**Hon. Blanche M. Manning**

## EXHIBIT B
## TO
## <u>COMPLAINT IN INTERVENTION OF THE GREAT LAKES TOWING COMPANY</u>



# THE GREAT LAKES TOWING COMPANY®

4500 DIVISION AVENUE
CLEVELAND, OHIO 44102-2228
TEL (216) 621-4854 • FAX (216) 621-7616

EST. 1899 ®

## INVOICE

**INVOICE NUMBER**

109017

| CUSTOMER NUMBER | INVOICE DATE |
| --- | --- |
| 01-004050/ X0022 | 11/13/08 |

**VESSEL NAME**

SUSAN W. HANNAH/ST MARYS

**AT THE PORT OF**

GREEN BAY

**PLEASE REMIT TO:**

P.O. BOX 931277
CLEVELAND, OH  44193

HANNAH MARINE CORPORATION
13155 GRANT AVE.
LEMONT, ILLINOIS   60439
257

All Charges, unless otherwise specified, are due thirty days from date of service

| DATE OF SERVICE | FROM | TO | TUG | U.S. $ AMOUNT |
| --- | --- | --- | --- | --- |
| 11/12/08 | LAKE | BLUE CIRCLE CEMENT          IN | | 3,452.16 |
| 11/12/08 | FUEL SURCHARGE @ 15.0% | | | 517.82 |
| 11/12/08 | MISCELLANEOUS CHARGE | CREW TRAVEL ADJUSTMENT | | 595.50 |
| | | PAYABLE AMOUNT | | 4,565.48 |

**PAYABLE IN UNITED STATES FUNDS - REFER TO INVOICE NUMBER WITH REMITTANCE.**   CHARGE OF 1.5% PER MONTH OR PORTION THEREOF WILL BE IMPOSED ON PAST DUE ITEMS.   FILE COPY 3



# The Great Lakes Towing Company®

## OFFICIAL LOG/TRIP SHEET - PART I: "DECK LOG" - HARBOR TOWING

(Rev-03/08)

*Instructions:* This Official Log/Trip Sheet - Part I: "Deck Log" must be completed by the assigned Tug Captain for each shift, and submitted together with Parts II, III, IV, V-A, V-B, V-C, V-D, VI, VII, and VIII, as applicable to the Operations/Accounting Department for processing. Failure to submit this Official Log/Trip Sheet with all pertinent parts, on a timely basis may result in a delay in processing payroll. Failure to submit an accurate Official Log/Trip Sheet may also result in disciplinary action by the Company and suspension or revocation of license by USCG. For additional information and guidance, refer to the Responsible Carrier Program Manual & Employee Handbook.

| Reporting Information | |
|---|---|
| 1. Port of Origin **Green Bay** | 2. Port of Destination |
| 3. Tug Name **LN** | |
| 4. Assist Tug Name | |
| 5. Date **Wed. Nov. 12.08** | 6. Time **0800** 7. Shift 1 ☑ 2 ☐ |
| 8. Operations Coordinator **Joe** | |

| Release Information | |
|---|---|
| 9. Port of Release **Green Bay, WI.** | |
| 10. Date **11-12-2008** | 11. Time **1600** 12. Shift 1 ☑ 2 ☐ |
| 13. Operations Coordinator **Joe** | |

| Crew/Passenger List | | |
|---|---|---|
| Position | List Full Name | |
| 14. Captain | **Liel Osell** | |
| 15. Licensed Eng. if carried | | |
| 16. Acting Eng. if carried | **Wm Hermes** | |
| 17. Tugman | **Short one deck hand** | |
| 18. Tugman | | |
| 19. Alternate Captain | | |
| 20. Alternate Engineer | | |
| 21. Passenger/Pilot (Part VI Required) | | |

| Time (24 Hour Clock) to Nearest Minute | | | To be completed by the Acctg. Dept. | |
|---|---|---|---|---|
| | Reported for Duty | Released from Duty | Regular Hours | Overtime Hours |
| 22. | **0800** | 30. **1600** | **TC** | |
| 23. | | 31. | | |
| 24. | **0800** | 32. **1600** | **AE** | |
| 25. | **0800** | 33. **1600** | | |
| 26. | | 34. | | |
| 27. | | 35. | | |
| 28. | | 36. | | |
| 29. | **0800** | 37. **1600** | | |

### Tug Status Codes (For Block 44) on Reverse Side

| | | |
|---|---|---|
| RT | = | Running Time |
| TP | = | Tug Preparation |
| RU | = | Running Time |
| RI | = | Running in Ice |
| TT | = | Towing Time |
| SV | = | Standby Vessel |
| SD | = | Standby Dock |
| TB | = | Tug Delay |
| BD | = | Bridge Delay |
| VD | = | Vessel Delay |
| TD | = | Traffic Delay |
| TM | = | Tug Maintenance |
| TB | = | Tug Breakdown |
| ST | = | Secure Tug |
| FO | = | Fit-Out |
| LU | = | Lay-Up |
| IW | = | Ice Work |
| PT | = | Pilot/Personnel Transfer |
| CV | = | Company Vehicle |
| O | = | Other (Specify) |

## 38. Prior to getting underway - Required Tests and Inspections:

The Tug Captain of each Company tug shall ensure that the following tests and inspections of gear occur (1) when each new Tug Captain assumes command, and (2) prior to the Company tug embarking on a voyage of more than twenty-four (24) hours.

**PO** Initial and Check (a) — Ensure that all Company tug documents and publications are on board and located, or posted as indicated: **Document Briefcase:** Certificate of Documentation ☑, Charts ☑, Navigation Rules (Rev. 2D) ☑, Coast Guard Light Lists ☑, Local Notice to Mariners ☑, U.S. Coast Pilot ☑, Tidal-Current and Tide Tables ☑, Responsible Carrier Program Manual & Employee Handbook ☑; **Posted:** FCC Ship/Aircraft Radio Station License ☑, USCG Captain/Mate/Engineer Licenses of all licensed crewmembers ☑, Garbage Placard ☑, Great Lakes Agreement ☑, USCG Merchant Mariners Documents of all crewmembers ☑, Safety Orientation Placard ☑, Emergency Check Off-List ☑.

_____ Initial and Check (b) — Steering-systems: A test of the steering-gear control system ☑, a test of the main steering gear for the alternative power supply, if installed ☐, a verification of rudder/Z-Drive angle indicator relative to the actual position of the rudder; Z-Drive ☐, and a visual inspection of the steering gear and its linkage ☐.

_____ Initial and Check (c) — Navigation equipment: A test of all installed navigational equipment: Radar(s) ☑, Magnetic Compass ☑, Electronic Position-Fixing Device (GPS) ☑, Fathometer ☑, Gyro Compass, if applicable ☐, and Automatic Identification System (AIS), if applicable ☐.

_____ Initial and Check (d) — Communications: Operation of all internal vessel control communications and vessel-control alarms on board: Bell ☑, Pilothouse Signal Bell ☑, Fire Alarm ☑, General Alarm ☑, Whistle ☑, VHF Marine Radio, No. 1 ☑ and No. 2 ☑, Loud Hailer ☐, Sound Powered Telephone System ☐.

_____ Initial and Check (e) — Lights: Operation of all navigational lights ☑, and all searchlights ☑. Ensure mast is in proper position: Up ☑, Down ☐.

_____ Initial and Check (f) — Terminal gear: Visual inspection of towlines ☑ (indicate stamped thimble numbers in the space provided, Thimble #1 _____, Thimble #2 _____), tackle ☐, connections of bridle and towing pendant, if applicable ☐, chafing gear ☐, and the winch break, if installed ☐.

_____ Initial and Check (g) — Propulsion system: Visual inspection of the spaces for the main propulsion machinery ☑, other machinery ☑, and devices for monitoring machinery ☑.

_____ Initial and Check (h) — Category I EPIRB is on board (if Company Tug is operating on the high seas or beyond three miles form the coastline of the Great Lakes) ☑.

_____ Initial and Check (i) — Ensure that the following equipment is on board, properly stowed, readily accessible, in serviceable condition and in required number: Personal Floatation Devices (PFDs) ☑, Life Raft(s) ☑, Immersion Suit(s), if applicable ☑, Fire Extinguishers ☑, Fire Axes ☑, and Pike Pole ☑.

_____ Initial and Check (j) — Fire Suppression Equipment (if engaged in operations other than harbor-assist): Portable fire pump at least 50-feet of commercial fire hose and corrosion-resistant nozzles (stowed outside of the machinery space ☑, B-V semi-portable fire-extinguishing system to protect the engine room.

_____ Initial and Check (k) — Conditions: (1) Sea or River Conditions (wave height, river stage, if applicable.) **Slight** (2) Weather: Clear ☐ Rain ☐ Snow ☐ Fog ☑ Other (Specify) _____ (3) Time: Daylight ☑ Twilight ☐ Night ☐, (4) Visibility: Good ☐ Fair ☐ Poor ☑,

(5) Distance (miles of visibility) **1-3** (6) Air Temperature (° F) **545** (7) Wind Speed (KnPH) **5** (8) Wind Direction **W** (9) Current Speed (KTS) **1-2 KT** (10) Current Direction **N** (11) Note: Any change in Conditions during shift in the Comment Section (Block 51).

## 39. Prior to Completion of Shift - Required Entries:

_____ Initial and Certify: I have noted all maintenance and repair work performed; any equipment or safety deficiencies; or other items of interest to the Operations Department in the Comment Section (Block 51). Check, if comment made in Comment Section (Block 51) ☐.

_____ Initial and Certify: I have immediately notified the Operations Department, or Duty Operations Coordinator of any deficiency that affects the safety of the Company tug, and/or Company tug personnel, received a ticket number for each safety deficiency, and noted all deficiencies and corresponding ticket numbers in Safety Deficiencies Section (Block 52.)

_____ Initial and Certify: Since reporting for duty, that prior to, during, and after the tow(s) until released, there were NO Damages, Towline Incidents, Personnel Accidents, Injuries, Illnesses or Deaths reported to me, and I have no knowledge of any occurring to me, or to any crew member or to any other person or property. If any Damage, Towline Incident, Personnel Accident, Injury, Illness, or Death occurred: (a) Immediately Notify the Operations Department, or Duty Operations Coordinator (b) Note the Damage, Towline Incident, Personnel Accident, Injury, Illness, or Death as applicable in the Comments Section (Block 51) and submit a separate Parts V-A, V-B, V-C, or V-D Report as applicable to the Operations Department together with Part I, but no later than twenty-four (24) hours after the occurrence.

**Complete Blocks 40 through 53 on Reverse side.**

# OFFICIAL LOG/TRIP SHEET - PART I: "DECK LOG" - HARBOR TOWING

(Rev-03/08)

| Date: Wed. Nov. 12 2008 | | Tug Location | | 44. Tug Status Codes | 45. Name of Vessel(s) Assisted | 46. Draft (ft/in) | | 47.Towline Used (check one) Note -- If tug's towline used then enter thimble number. | | | 48. Indicate Head (H) or Stern (S) Line | 49. Name of Pilot and/or Mate Ordering Towline. If name unknown, indicate vessel Master or Pilot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40. Time (24 HR. Clock): From | 41. Time (24 Hr. Clock): To | 42. From | 43. To | | | FWD | AFT | Vessel's | Tug's | None | | |
| 0800 | | | | RT | | | | | | | | |
| 0800 | 0830 | | | TP | | | | | | | | |
| 0830 | 0900 | Tug DK | Murphy Pt | RV | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| 0900 | 1205 | Murphy Pt | Fox DK | SD. | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| 1205 | 1310 | Fox DK | Angle Lt | RV | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| 1310 | 1335 | Angle Lt | | TT | Susan Hannah | | | ☐ | ☐_ | ☒ | H☐ S☐ | Master |
| 1335 | 1500 | Angle Lt | St. Marys | RV | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| 1500 | 1515 | St. Marys | dock | TT | Susan W. Hannah | | | ☐ | ☐_ | ☒ | H☐ S☐ | Push midship - port |
| 1515 | 1535 | St. Marys | Tug DK | RV | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| 1535 | 1600 | Tug DK | | S.T. | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐_ | ☐ | H☐ S☐ | |

| 50. Time (24 Hr. Clock) | 51. Comments: |
|---|---|
| | |
| | |
| | |
| | |

| 52. Safety Deficiencies (must include name of person reported to, time reported, description, and ticket number): | | | |
|---|---|---|---|
| Name of Person Reported to: | Time Reported (24 Hr. Clock): | Description: | Ticket Number: |
| | | | |
| | | | |
| | | | |
| | | | |

**53. Add Additional "Supplemental" Official Log/Trip Sheet - Part I: "Deck Log" Sheet if more space is required, and check here ☐.**

REGULATION LOGBOOK: RULES AND REGULATIONS REGARDING LOGBOOKS

Note: The following paragraphs are extracted from 46 CFR SUBPART 97.35 - LOGBOOK ENTRIES. This logbook is designed to incorporate all of the regulations.
§ 97.35.1 APPLICATION (a) Except as specifically noted, the provisions of this subpart shall apply to all vessels other than motorboats and barges. Motorboats on an international or intercoastal voyage may be required to carry a logbook in accordance with § 97.35.10.
§ 97.35-5 LOGBOOKS AND RECORDS (a) Under various statutes or by regulations in this subpart, vessels engaged in all trades, with the exception of vessels engaged exclusively in trade on rivers of the United States shall have certain logbooks or records, and, when the occasion arises, it is the duty of the master or person in charge to place therein specific entries as required by law in this chapter.

(b) R.S. 4290, as amended (46 USC 201) states: "Every vessel making voyages from a port in the United States to any foreign port or, being of the burden on 75 tons or upward from a port on the Atlantic to a port on the Pacific, or vice versa, shall have an Official Logbook.***" This Official Logbook is furnished gratuitously to masters of United States vessels by the Coast Guard, on Form CG-706B or CG-706C, depending upon the number of persons employed as crew. There is printed in the first several pages of the Official Logbook various acts of Congress relating to logbooks and the entries required to make them. When a voyage is complete, or after a specified period of time is completed, the Official Logbook with required entries therein shall be filed with the Officer in Charge, Marine Inspection, at or nearest the port where the vessel may be.

(c) For vessels other than those require to have Official Logbooks by R.S. 4290, the owners, operators, and/or masters are to supply there own logs or records in any form desired, which will be considered to take the place of the Official Logbooks and may be used for the purpose of making entries therein as required by law or regulation in this subchapter. Such logs or records are not filed with the Officer in Charge, Marine Inspection, but shall be kept available for review by a marine inspector for a period on one year after the date of which the records refer, except for separate records of tests and inspections of firefighting equipment which shall be maintained with the vessel's log for the period of validity of the vessel's certificate of inspection.
§ 97.35-10 OFFICIAL LOGBOOK ENTRIES (a) On a vessel where an Official Logbook is required by R.S. 4290 (USC 201), all items relative to the crew and passengers, as well as with respect to any casualties which may occur, shall be entered into the Official Logbook as required by this law.

I certify that the entries made are accurate and comply with the regulations and instructions as stated above. Further, I consider the tug to be in a condition reasonably suitable and fit to be used, for the purpose or use for which provided or intended ("seaworthy"). If I did not consider the tug to be "seaworthy" I would not have performed the tow(s) contained herein.

| Company tug Name: VA | Name of Tug Captain (Print): Liel Osell | Signature of Tug Captain: Liel Osell | Month: 11 | Day: 12 | Year: 2008 |
|---|---|---|---|---|---|



# Puerto Rico Towing & Barge Co.®

## OFFICIAL LOG/TRIP SHEET - PART III: "FCC RADIO LOG" - (All Tug Types)

(Rev-03/08)

Instructions: This Official Log/Trip Sheet - Part III: - "FCC Radio Log" must be completed by the assigned Tug Captain for each shift, and together with Parts I, II, IV, V-A, V-B, V-C, V-D, VII, and VIII, as applicable to the Operations/Accounting Departments for processing. The original copy is to be retained on board in the OFFICIAL RADIO LOG and the second copy is to be forwarded to the Operations/Accounting Departments. Failure to submit this Official Log/Trip Sheet with all pertinent parts, on a timely basis may result in a delay in processing payroll. Failure to submit an accurate Official Log/Trip Sheet may also result in disciplinary action by the Company and suspension or revocation of license by USCG. For additional information and guidance refer to the Responsible Carrier Program Manual & Employee Handbook.

| Initial of Lic. Operator | Date of Entry | Actual Time (24 Hour Clock) | Port | Vessel or Shore Station Contacted | Channels Used | Remarks |
|---|---|---|---|---|---|---|
| JBO. | 11-12-2008 | 0830 | Green Bay WI | Susan W. Hannah | 16-18 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**REGULATIONS STATION LOGS: RULES AND REGULATIONS REGARDING STATION LOGS**

*Note: The following paragraphs are extracted from 47 CFR SUBPART 80.401 – STATION DOCUMENTS. This Station Log is designed to incorporate all of the requirements of the regulations.*

§ 80.409 GENERAL REQUIREMENTS (a) Logs must be established and properly maintained as follows: (1) The log must be kept in an orderly manner; (2) Erasures, obliterations or willful destruction within the retention period are prohibited. Corrections may be made only by the person originating the entry by striking out the error, initialing the correction and indicating the date of correction; (3) Ship station logs must identify the vessel name, country of registry, and official number; (4) The station license and the radio operator in charge of the station are responsible for maintenance of the station log; (5) Logs must be retained by the licensee for a period of one year from the date of entry; and when applicable for additional periods as required by the following: Logs relating to a distress situation or disaster must be retained for three years from the date of entry.

I Certify that the entries made are accurate and comply with the regulations and instructions as stated above:

| Company Tug Name: | Official Number: | Name of Tug Captain (Print): | Signature of Tug Captain: | Name of Licensed Operator if other than the Tug Captain: | Month: | Day: | Year: |
|---|---|---|---|---|---|---|---|
| 1 N | US: 208915 | Liel Osell | *Liel Osell* | | 11 - | 12 | 2008 |

# The Great Lakes Towing Company®

## OFFICIAL LOG/TRIP SHEET - PART II: "ENGINEER LOG" - (Conventional Tug)

(Rev-03/08)

Instructions: This Official Log/Trip Sheet - Part II: - "Engineer Log" must be completed by the assigned Engineer, Acting Engineer, or Tugman and signed by both the Engineer, Acting Engineer or Tugman and the Tug Captain for each shift, and submitted to the Operations/Accounting Departments for processing. Failure to submit this Official Log/Trip Sheet with all pertinent parts, on a timely basis may result in a delay in processing payroll. Failure to submit an accurate Official Log/Trip Sheet may also result in disciplinary action by the Company and suspension or revocation of license by USCG. For additional information and guidance refer to the Responsible Carrier Program Manual & Employee Handbook.

| Reporting Information | 7. Start-up Procedures (Check Function Performed): | 7. Start-up Procedures (continued): | 9. Post Shut-Down Readings and Usage on Completion for Each Shift |
|---|---|---|---|

**Reporting Information**

1. Port of Origin
Green Bay WI

2. Tug Name
TN

3. Date 11-12-08   4. Time 0800   5. Shift 1 or 2

**6. General Engineering Policy: (check below)**

Any time a Company tug is underway a good routine check of the operating equipment in the engine room is REQUIRED. The engine room must be inspected at least every half hour. Loose sleeves and shirttails must be reeled-up and tucked in. Tug Personnel must hold on to the handrails and wear ear plugs in the engine room. Routinely check for Oil, Water, and Fuel Leaks on Main Engines, Generators, and Piping. Gauges should show that pressures and temperatures are normal. Routinely check Jacket Water temperatures shown by a thermometer (in & out) on the coolers and the water level as shown in the sight glass located on the expansion tanks. Notice should also be taken of any unusual smells, vibrations and sounds, since many catastrophes can be avoided by paying attention to these early signs.

SMOKING IN THE ENGINE ROOM OR IN THE WAY OF THE ENGINE ROOM HATCH OR DURING FUELING IS PROHIBITED.

☑ Check indicating Acknowledgment

**Key:**

| | |
|---|---|
| Raw Water | = R/W |
| Fresh Water | = F/W |
| Main Engines | = ME |
| Reduction Gear | = R/G |
| Fuel Oil | = F/O |
| Lube Oil | = L/O |

**7. Start-up Procedures (Check Function Performed):**

☑ Open the two Sea Cocks and Vent Valves.
☑ Check Water in Generator (Level to be Full).
☑ Check Oil in Generator (Level to be 3/4 Full).
Present Level _____. Add if needed.
Make sure Generator Suction and Discharge Valve are Open.
The Generator can be set to take Suction from either Sea or Forward Tank ☐ Start Generator (Alternate #1 on Day Shift and #2 on Night Shift).
☑ Check Coolant Overboard Discharge.
☑ Throw the Knife switch or cut-off and put the auxiliary Generator on line.
☑ Check the Voltmeter to be sure the Voltage reads 120 Volts for DC powered tugs and 480 for AC powered tugs. Close the Circuit Breaker.
☑ Turn on the Air Compressors and Auxiliary Equipment one at a time, pausing 5 seconds between each one.
☑ Check Air Control System for Leaks before start-up
☑ Check Air Start System for Leaks before start-up
☑ Turn on the M.G. Set (if applicable).
☑ Check Voltage and Frequency to insure 120 or 480 Volts at 60 cycles. Switch to Ship's Power.
☑ Check Main Engine Water Expansion Tank (Level to be 1/2 to 3/4).
Present Level _____. Add if needed.
☑ Check Main Engine Lube Oil (Level to be 3/4 to Full).
Present Level 3/4. Add if needed.
☑ Check Oil in Main Engine Governor (Level to be 1/2).
Present Level _____. Add if needed.
☑ Check to insure that the Pilot house and Engine Room Controls are in Neutral and that the Throttle Control is in Local position.
☑ Check that the Main Engine Cylinder Test Cocks are Open.
☑ Pre-lube the Main Engine.
☑ Drain water from all Air Tanks.
☑ Loosen the Stern Tube Gland until a slight seepage of water appears.
☑ Blow down the Main Engine before starting. Observe any water or mist coming from the Cylinders.

**7. Start-up Procedures (continued):**

☑ Close Test Cocks and start the Main Engine. Turn on Main Engine Alarm Panel.
☑ Check ME Air Box Covers for Tightness and Air Leakage
☑ Check Coolant Water Overboard Discharge for Main Engine and Reduction Gear.
☑ Check Oil in Reduction Gear (Level to be Full).
Present Level Full. Add if needed.
☑ Check Oil in Steering Gear (Level to be 3/4 to Full).
Present Level 3/4. Add if needed.
☑ Disconnect Shore Power Cable and Alarm Cord.
☑ Turn on Lube Oil Prime Pump to Auto (if applicable).
☑ Turn on Exciter and engage (DC powered tugs only).
☑ Put Engine Room Throttle Control to Remote position.

**8. Engine Shut Down:**

☑ Check all Engine Room and Pilot house controls in Neutral.
☑ Check Engine Room Throttle Control in the Local position.
☑ De-energize Exciter button (Electric tugs only).
☑ Shut down the Main Engine.
☑ Open the Test Cocks.
☑ Place Lube Oil Prime Pump Switch in the Off position (if applicable).
☑ Place Steering Gear Breaker and MG Set in the Off position.
☑ Plug in the Shore Power and switch to "Shore".
☑ Secure the Generator.
☑ Tighten the Stern Tube evenly.
☑ Note the condition of the Packing in Block 17 .
☑ Close Sea Cocks.
☐ Check Bilge Level and Note if Level is ok or requires pumping in Block 17
☑ Check Alarm Cord is plugged in and no Alarms are sounding.

**9. Post Shut-Down Readings and Usage on Completion for Each Shift**

Record the following:
Main Engine: Total 7 1/2
Generator #1: Total
Generator #2: Total
Fuel Sounding: 4' 0" at the end of shift.

Lube Oil: ¾ Minimum Tank Level (circle) Empty 1/4  1/2  3/4  Full

Heating Boiler Care: check at the following intervals: 1/4  1/2  3/4  Full
☐ Check if Boiler is Non Operational
☑ Check if Boiler is Operating
☑ Check Flame is Visible
☑ Check Water Level (circle)

**10. Table of Normal Operating Pressures/Temperatures and Levels, While at Full Load:**

| | |
|---|---|
| ME Lube Oil Pressure to Engine | 30-50 PSI |
| ME Lube Oil Temperature from the Engine | 140-200 degrees (F) |
| ME Lube Oil Temperature to Engine | 120-180 degrees (F) |
| ME Water Temperature from Engine | 160-185 degrees (F) |
| ME Water Temperature to Engine | 140-160 degrees (F) |
| ME Fuel Oil Pressure | 30-50 PSI |
| ME Fresh Water Pressure to Engine | 20-30 PSI |
| ME Raw Water Pressure | 20-30 PSI |
| ME Clutch Air Pressure | 120 PSI |
| ME Sanitary Water Pressure | 20-40 PSI |
| ME Turbo Lube Oil Pressure | 5-15 PSI |
| ME Reduction Gear Oil Temperature | 70-100 degrees (F) |
| ME Reduction Gear Oil Pressure | 10-15 PSI |
| Water Temperature Auxiliary Generator | 160-185 degrees (F) |
| Lube Oil Pressure Auxiliary Generator | 20-40 PSI |

**11. Note any required mechanical repairs/maintenance which require work by the next crew or Shoreside assistance:**

Gen No. Starting Battery needs to be Replaced.
Fuel leak m/e

**12. Note any required mechanical repairs/maintenance which were completed during shift:**

**13. Complete Blocks 14 through 19 on Reverse side.**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Record the Following Readings Once each Hour When Tug is Operating:** | | | | | | | | | | | | |

**15. Computation of Total Main Engine Hours for Block 9 on Reverse Side**

| 14. Indicate Time of Readings (24 Hr. Clock) | Hr. 1 | Hr. 2 | Hr. 3 | Hr. 4 | Hr. 5 | Hr. 6 | Hr. 7 | Hr. 8 | Hr. 9 | Hr. 10 | Hr. 11 | Hr. 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Towing (T); Stand-by (S), Light (L) | S | S | | | | | | | | | | |
| ME (RPM'S) | 330 | 333 | | | | | | | | | | |
| ME Lube Oil Pressure to Engine (30-50 PSI) | 32 | 22 | | | | | | | | | | |
| ME Oil Pressure at Cuno Inlet / ME Oil Pressure at Cuno Outlet | | | | | | | | | | | | |
| ME Fuel Oil Pressure (30-50 PSI) | 30 | 30 | | | | | | | | | | |
| ME Fresh Water Pressure to Engine (20-30 PSI) | 10 | 10 | | | | | | | | | | |
| ME Raw Water Pressure (20-30 PSI) | 9 | 8 | | | | | | | | | | |
| ME Water Temp. from Engine (160-185 degrees F) | 130 | 150 | | | | | | | | | | |
| ME Lube Oil Temp to Engine 120-180 degrees F | 125 | 158 | | | | | | | | | | |
| ME Water Temp. to Engine (140-160 degrees F) | 125 | 158 | | | | | | | | | | |
| ME Lube Oil Temp. from Engine (140-200 degrees F) | 125 | 160 | | | | | | | | | | |
| ME Clutch Air Pressure (if applicable) (120 PSI) | — | — | | | | | | | | | | |
| ME Turbo Lube Oil Pressure in (if applicable) (30-40 PSI) | — | — | | | | | | | | | | |
| ME Red Gear Oil Temperature (70-100 degrees F) | 60 | 62 | | | | | | | | | | |
| ME Reduction Gear Oil Press. or Flow Gauge (10-15 PSI) | 0 | 0 | | | | | | | | | | |
| Sanitary Water Pressure (20-40 PSI) | 40 | 38 | | | | | | | | | | |
| Generator Lube Oil Press. Aux. Gen. (20-40 PSI) circle # 1 or # 2 | 41 | — | | | | | | | | | | |
| Generator Water Temp. Aux. Gen. (160-185 degrees F) circle # 1 or # 2 | 156 | — | | | | | | | | | | |

**Main Engine**

| Start Time | Stop Time | Total Hrs. | Start Time | Stop Time | Total Hrs. |
|---|---|---|---|---|---|
| 0815 | 1545 | 7.1/2 hours | | | |

**16. Preventative Maintenance Schedule To Be Completed Every Shift (with ME Running)**

- ☑ Check Forward Tank and Sanitary Water Level
- ☑ Check All Temp. & Press. Gauges for Operation
- ☑ Rotate Cuno Strainer Handle
- ☑ Check R/W & F/W Pump Packing
- ☑ Check all Flexible Hoses
- ☑ Check all Drive Belts
- ☐ Check F/O Filter Vac Gauge
- ☑ Check F/W & R/W System for Leaks
- ☐ Check ME Air Box Drain for Water
- ☐ Check F/O & L/O System for Leaks
- ☐ Check Hydro Start System for Leaks
- ☑ Wipe down ME and Machinery after tow

**17. Additional Comments:** (a) Enter any other Pertinent Information including any other than normal situations or events; (b) the Engineer, Acting Engineer or Tugman making the entry, shall initial the entry in this Block where indicated.

INITIAL

Steam hoise packing ok — WH

Bilge level ok — WH

**18.** Add Additional "Supplemental" Official Log/Trip Sheet - Part II: "Engineer Log" if more space is required and check here ☐

**19. Signature of Port Representative/Port Engineer:**

I certify that the information contained herein is accurate and that the procedures indicated above have been performed. Any required mechanical repairs/maintenance to be performed by the next crew, or by Shoreside assistance, have been noted above in Block 11 on Reverse Side.

| Tug Name: I.N. | Name of Engineer, Acting Engineer, or Tugman (Print): William Hermes | Signature of Engineer, Acting Engineer, or Tugman: William Hermes | Signature of Captain: Lial Orell | Month: 11 | Day: 12 | Year: 08 |
|---|---|---|---|---|---|---|



# The Great Lakes Towing Company®

11/13/08

## OFFICIAL LOG/TRIP SHEET - PART I: "DECK LOG" - HARBOR TOWING

(Rev-03/98)

Instructions: This Official Log/Trip Sheet - Part I: "Deck Log" must be completed by the assigned Tug Captain for each shift, and submitted together with Parts II, III, IV, V-A, V-B, V-C, V-D, VI, VII, and VIII, as applicable to the Operations/Accounting Department for processing. Failure to submit this Official Log/Trip Sheet may result in disciplinary action by the Company and suspension or revocation of license by USCG. For additional information and guidance, refer to the Responsible Carrier Program Manual & Employee Handbook.

| Reporting Information | | Crew/Passenger List | | | Time (24 Hour Clock) to Nearest Minute | | To be completed by the Acctg. Dept. | | Tug Status Codes (For Block 44) on Reverse Side | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Position | List Full Name | | Reported for Duty | Released from Duty | Regular Hours | Overtime Hours | | |
| 1. Port of Origin *Green Bay* | 2. Port of Destination | 14. Captain | *Liel Osell* | | 22. *0800* | 30. *1600* | *1C* | | RT = Running Time | |
| 3. Tug Name *W-TX* | | 15. Licensed Eng. if carried | | | 23. | 31. | | | TP = Tug Preparation | |
| 4. Assist Tug Name *13* | | 16. Acting Eng. if carried | *Wm Hennes* | | 24. *0800* | 32. *1600* | *1HF* | | RU = Running Time<br>RI = Running in Ice | |
| 5. Date *Thur Nov 12 08* | 6. Time *0800* | 7. Shift 1 ☑ 2 ☐ | 17. Tugman | *Steve Rodziszk* | 25. *0800* | 33. *1600* | *IL* | | TT = Towing Time<br>SV = Standby Vessel | |
| 8. Operations Coordinator *Joe* | | 18. Tugman | | | 26. | 34. | | | SD = Standby Dock<br>TB = Tug Delay | |
| **Release Information** | | 19. Alternate Captain | | | 27. | 35. | | | BD = Bridge Delay<br>VD = Vessel Delay | |
| 9. Port of Release *11-12-2008 - Green Bay* | | 20. Alternate Engineer | | | 28. | 36. | | | TD = Traffic Delay<br>TM = Tug Maintenance | |
| 10. Date *11-12-2008* | 11. Time *1600* | 12. Shift 1 ☑ 2 ☐ | 21. Passenger/Pilot (Part VI Required) | | 29. *0800* | 37. *1600* | | | TB = Tug Breakdown<br>ST = Secure Tug | |
| 13. Operations Coordinator *Joe* | | | | | | | | | FO = Fit-Out<br>LU = Lay-Up | |

Additional codes:
IW = Ice Work
PT = Pilot/Personnel Transfer
CV = Company Vehicle
O = Other (Specify)

### 38. Prior to getting underway - Required Tests and Inspections:

The Tug Captain of each Company tug shall ensure that the following tests and inspections of gear occur (1) when each new Tug Captain assumes command, and (2) prior to the Company tug embarking on a voyage of more than twenty-four (24) hours.

_____ Initial and Check (a)   Ensure that all Company tug documents and publications are on board and located, or posted as indicated: **Document Briefcase:** Certificate of Documentation ☐, Charts ☐, Navigation Rules (Rev. 2D) ☐, Coast Guard Light Lists ☐, Local Notice to Mariners ☐, U.S. Coast Pilot ☐, Tidal-Current and Tide Tables ☐, Responsible Carrier Program Manual & Employee Handbook ☐; **Posted:** FCC Ship/Aircraft Radio Station License ☐, USCG Captain/Mate/Engineer Licenses of all licensed crewmembers ☐, Garbage Placard ☐, Great Lakes Agreement ☐, USCG Merchant Mariners Documents of all crewmembers ☐, Safety Orientation Placard ☐, Emergency Check Off-List ☐.

_____ Initial and Check (b)   Steering-systems: A test of the steering-gear control system ☐, a test of the main steering gear for the alternative power supply, if installed ☐, a verification of rudder/Z-Drive angle indicator relative to the actual position of the rudder, Z-Drive ☐, and a visual inspection of the steering gear and its linkage ☐.

_____ Initial and Check (c)   Navigation equipment: A test of all installed navigational equipment: Radar(s) ☐, Magnetic Compass ☐, Electronic Position-Fixing Device (GPS) ☐, Fathometer ☐, Gyro Compass, if applicable ☐, and Automatic Identification System (AIS), if applicable ☐.

_____ Initial and Check (d)   Communications: Operation of all internal vessel control communications and vessel-control alarms on board: Bell ☐, Pilothouse Signal Bell ☐, Fire Alarm ☐, General Alarm ☐, Whistle ☐, VHF Marine Radio, No. 1 ☐ and No. 2 ☐, Loud Hailer ☐, Sound Powered Telephone System ☐.

_____ Initial and Check (e)   Lights: Operation of all navigational lights ☐, and all searchlights ☐. Ensure mast is in proper position: Up ☐, Down ☐.

_____ Initial and Check (f)   Terminal gear: Visual inspection of towlines ☐ (indicate stamped thimble numbers in the space provided, Thimble #1 _____, Thimble #2 _____), tackle ☐, connections of bridle and towing pendant, if applicable ☐, chafing gear ☐, and the winch break, if installed ☐.

_____ Initial and Check (g)   Propulsion system: Visual inspection of the spaces for the main propulsion machinery ☐, other machinery ☐, and devices for monitoring machinery ☐.

_____ Initial and Check (h)   Category I EPIRB in on board (if Company Tug is operating on the high seas or beyond three miles form the coastline of the Great Lakes) ☐.

_____ Initial and Check (i)   Ensure that the following equipment is on board, properly stowed, readily accessible, in serviceable condition and in required number: Personal Floatation Devices (PFDs) ☐, Life Raft(s) ☐, Immersion Suit(s), if applicable ☐, Fire Extinguishers ☐, Fire Axes ☐, and Pike Pole ☐.

_____ Initial and Check (j)   Fire Suppression Equipment (if engaged in operations other than harbor-assist): Portable fire pump & at least 50-feet of commercial fire hose and corrosion-resistant nozzles (stowed outside of the machinery space ☐, B-V semi-portable fire-extinguishing system to protect the engine room.

_____ Initial and Check (k)   Conditions: (1) Sea or River Conditions (wave height, river stage, if applicable.) _____ (2) Weather: Clear ☐ Rain ☐ Snow ☐ Fog ☐ Other (Specify) _____ (3) Time: Daylight ☐ Twilight ☐ Night ☐ (4) Visibility: Good ☐ Fair ☐ Poor ☐,
(5) Distance (miles of visibility) _____ (6) Air Temperature (° F) _____ (7) Wind Speed (KnPH) _____ (8) Wind Direction _____ (9) Current Speed (KTS) _____ (10) Current Direction _____ (11) Note: Any change in Conditions during shift in the Comment Section (Block 51).

### 39. Prior to Completion of Shift - Required Entries:

_____ Initial and Certify: I have noted all maintenance and repair work performed; any equipment or safety deficiencies; or other items of interest to the Operations Department in the Comment Section (Block 51). Check, if comment made in Comment Section (Block 51) ☐.

_____ Initial and Certify: I have immediately notified the Operations Department, or Duty Operations Coordinator of any deficiency that affects the safety of the Company tug, and/or Company tug personnel, received a ticket number for each safety deficiency, and noted all deficiencies and corresponding ticket numbers in Safety Deficiencies Section (Block 52).

_____ Initial and Certify: Since reporting for duty, that prior to, during, and after the tow(s) until released, there were NO Damages, Towline Incidents, Personnel Accidents, Injuries, Illnesses or Deaths reported to me, and I have no knowledge of any occurring to me, or to any crew member or to any other person or property . If any Damage, Towline Incident, Personnel Accident, Injury, Illness, or Death occurred: (a) Immediately Notify the Operations Department, or Duty Operations Coordinator (b) Note the Damage, Towline Incident, Personnel Accident, Injury, Illness, or Death as applicable in the Comments Section (Block 51), and (c) Complete and submit a separate Parts V-A, V-B, V-C, or V-D Report as applicable to the Operations Department together with Part I, but no later than twenty-four (24) hours after the occurrence.

**Complete Blocks 40 through 53 on Reverse side.**

# OFFICIAL LOG/TRIP SHEET - PART I: "DECK LOG" - HARBOR TOWING

(Rev-03/08)

**Date:** *Thur. Nov. 13, 2008*

| 40. Time (24 HR. Clock): From | 41. Time (24 HR. Clock): To | Tug Location | | 44. Tug Status Codes | 45. Name of Vessel(s) Assisted | 46. Draft (ft/in) | | 47. Towline Used (check one) *Note – If tug's towline used then enter thimble number.* | | | 48. Indicate Head (H) or Stern (S) Line | 49. Name of Pilot and/or Mate Ordering Towline. If name unknown, indicate vessel Master or Pilot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **42. From** | **43. To** | | | **FWD** | **AFT** | **Vessel's** | **Tug's** | **None** | | |
| | | | | RT | | | | | | | | |
| | | | | TP | | | | | | | | |
| 0800 | 1600 | Tug AK | | T/7 | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |
| | | | | | | | | ☐ | ☐ __ | ☐ | H☐ S☐ | |

| 50. Time (24 Hr. Clock) | 51. Comments: |
|---|---|
| | *IN installed new battery for starting gen. #1. - IN took M/E oil sample. IN repairs to fuel line to M/E fuel pressure gauge, Trip to Battery Plus also trip to post office. Tested alarm system + O.K. - Joe 1447* |

**52. Safety Deficiencies (must include name of person reported to, time reported, description, and ticket number):**

| Name of Person Reported to: | Time Reported (24 Hr. Clock): | Description: | Ticket Number: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**53. Add Additional "Supplemental" Official Log/Trip Sheet - Part I: "Deck Log" Sheet if more space is required, and check here ☐**

**REGULATION LOGBOOK: RULES AND REGULATIONS REGARDING LOGBOOKS**

Note: The following paragraphs are extracted from 46 CFR SUBPART 97.35 - LOGBOOK ENTRIES. This logbook is designed to incorporate all of the requirements of the regulations.

§ 97.35.1 APPLICATION (a) Except as specifically noted, the provisions of this subpart shall apply to all vessels other than motorboats and barges. Motorboats on an international or intercoastal voyage may be required to carry a logbook in accordance with § 97.35.10.

§ 97.35-3 LOGBOOKS AND RECORDS (a) Under various statutes or by regulations in this subchapter, vessels engaged in all trades, with the exception of vessels engaged exclusively in trade on rivers of the United States shall have certain logbooks or records, and, when the occasion arises, it is the duty of the master or person in charge to place therein specific entries as required by law in this chapter.

(b) R.S. 4290, as amended (46 USC 201) states: "Every vessel making voyages from a port in the United States to any foreign port or, being of the burden on 75 tons or upward from a port on the Atlantic to a port on the Pacific, or vice versa, shall have an Official Logbook;*** This Official Logbook is furnished gratuitously to masters of United States flag vessels by the Coast Guard, as Form CG-706B or CG-706C, depending upon the number of persons employed as crew. There is printed in the first several pages of the Official Logbook various acts of Congress relating to logbooks and the entries required to make them. When a voyage is complete, or after a specified period of time is completed, the Official Logbook with required entries therein shall be filed with the Officer in Charge, Marine Inspection, at or nearest the port where the vessel may be.

(c) For vessels other than those require to have Official Logbooks by R.S. 4290, the owners, operators, and/or masters are to supply there own logs or records in any form desired, which will be considered to take the place of the Official Logbook and may be used for the purpose of making entries therein as required by law or regulation in this subchapter. Such logs or records are not filed with the Officer in Charge, Marine Inspection, but shall be kept available for review by a marine inspector for a period on one year after the date of which the records refer, except for separate records of tests and inspections of firefighting equipment which shall be maintained with the vessel's log for the period of validity of the vessel's certificate of inspection.

§ 97.35-10 OFFICIAL LOGBOOK ENTRIES (a) On a vessel where an Official Logbook is required by R.S. 4290 (USC 201), all items relative to the crew and passengers, as well as with respect to any casualties which may occur, shall be entered into the Official Logbook as required by this law.

I certify that the entries made are accurate and comply with the regulations and instructions as stated above. Further, I consider the tug to be in a condition reasonably suitable and fit to be used, for the purpose or use for which provided or intended ("seaworthy"). If I did not consider the tug to be "seaworthy" I would not have performed the tow(s) contained herein.

| Company tug Name: | Name of Tug Captain (Print): | Signature of Tug Captain | Month: | Day: | Year: |
|---|---|---|---|---|---|
| IN VA | Liel Osell | *Liel Osell* | 11 | 13 | 2008 |